AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  SHABAZ, JOHN C | 2. Court or Organization  U.S. District Court, W.D. Wis. | 3. Date of Report  03/24/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address  U.S. COURTHOUSE  P.O. BOX 591  MADISON, WI 53701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | For benefit of others VII: entries 7, 11, 12, 15, 16 |
| 2. Co-Trustee | Trust VII, entry 1, Attachment 1 |
| 3. Co-Trustee | Irrevocable Trust VII, entry 10, Attachment 3 |
| 4. Co-Trustee | Qualified personal residence trust |
| 5. Co-Trustee | Qualified personal residence trust |
| 6. Member | Eastside Lutheran Church, Madison WI, treasurer serving on coordinating counsel. Having no responsibility for fund raising or investments |
| 7. Member | Madison Club, Madison, WI, social club, member RESIGNED |
| 8. Member | Cherokee Association,Madison WI, a residential association, member. |
| 9. Member | Cherokee CC, Madison, WI athletic social club, member |
| 10. Member | Princeton Club, Madison, WI, member |
| 11. Member | Lakeside Lutheran School, Lake Mills, WI, Board of Regents. Having no responsibility for fund raising or investments. |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Stipulation dated 1/3/1985 in which Wisconsin Retirement System benefits have been irrevocably assigned to another. (VII-4) (alimony) |
| 2. | |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 03/24/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 03/24/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 03/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Trust (Part I, Item 4) | E | Interest | N | T | Attachment 1 | | | | |
| 2. Government Life Ins. (VA) | A | Interest | J | T | | | | | |
| 3. Federated Utility Fund, Inc. IRA | B | Dividend | K | T | | 12/31 | J | | Required IRA Distr for 05 |
| 4. Wisconsin Retirement System | D | Pension | K | T | | | | | (Part II, 1) |
| 5. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 6. Wisconsin ST GO SER D 1990 BDS, Higher Education Service | A | Interest | K | T | | | | | |
| 7. Bank Mutual Corp | A | Dividend | J | T | | | | | (Part 1, 1) |
| 8. Robert W. Baird & Co. TT FBO Aggregate Pension PFT | F | Interest | O | T | Attachment 2 | 12/31 | J | | Required 401K Distr for 05 |
| 9. Spectrum Signal | A | Dividend | J | T | | | | | |
| 10. Irrevocable Trust | E | Interest | N | T | Attachment 3 | | | | (Part 1, 2) |
| 11. Massachusetts Investment Trust | A | Interest | | T | sell | 09/29 | J | A | (Part 1, 1) |
| 12. Massachusetts Investment Trust | A | Interest | | T | sell | 09/29 | J | A | (Part 1, 1) |
| 13. Pepsico | B | Dividend | K | T | | | | | |
| 14. Great Midwest Bank, Brookfield, WI | A | Interest | | T | closed | 09/29 | J | | checking account |
| 15. New Economy Fund | A | Interest | | T | sell | 09/29 | J | A | (Part 1, 1) |
| 16. New Economy Fund | A | Interest | | T | sell | 09/29 | J | A | (Part 1, 1) |
| 17. Bank One, Madison, WI | A | Interest | J | T | | | | | checking account |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 03/24/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. M&I Bank, Madison, WI | A | Interest | J | T | | | | | savings account |
| 19. Associated Bank, Madison, WI | A | Interest | J | T | open | 09/29 | | | checking account |
| 20. Goldman Sachs | A | Dividend | K | T | buy | 09/19 | K | A | |
| 21. Morgan Stanley | A | Dividend | K | T | buy | 12/10 | K | A | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 03/24/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Northwestern Mutual Life Insurance policies.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____  Date _____ March 24, 2006

NOTE: ANY INDIVIDUAL~~ ~~WINGLY AND WILFULLY FALSIFIES OR ~~ ~~LS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCT~~ ~~C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

ATTACHMENT 1 (PART VII, ITEM 1)
          TRUST

| SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|
| General Government Securities | A | K |
| Citigroup Capital VIII | C | L |
| CORTS TR II Bell South 7% | C | L |
| Abbey National PLC 7.25% - 7.375% | D | M |
| Firserv Inc. | A | K |
| Saturns Goldman Sachs | A | J |

The following transfer took place during the year 2005:

| DATE | SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|---|
| Transferred In: | | | |
| 12/06/05 | Exchange Natl Bk CD 0.000 01/06/06 Chicago IL | A | K |

ATTACHMENT 2 (PART VII, ITEM 8)

Robert W. Baird Self-Directed Pension/Profit Plan and Trust
Robert W. Baird & Co., Inc., Trustee, FBO John C. Shabaz
Keogh Profit Sharing, P.O. Box 672, Milwaukee, Wisconsin, 53201

    The undersigned, pursuant to appropriate resolution, has previously designated Robert W. Baird & Co., Inc. as trustee of his retirement plan; that all assets of the plan should be invested through an account with Robert W. Baird & Co., Inc. and said company is authorized and directed to perform any and all acts determined in its discretion to be necessary or appropriate to accomplish the intent of the foregoing resolution.

    Holdings in said plan as of December 31, 2005 are as follows:

| SECURITY | INCOME | MARKET VALUE |
|---|---|---|
| Exchange Natl Bk CD 0.000 01/06/06 Chicago IL | A | J |
| Exchange Natl Bk CD 0.000 02/07/06 Chicago IL | C | L |
| Lasalle Natl Bank Zero CPN CD 10/31/08 | C | L |
| Green Tree Finl Corp. Due 02/01/30 | C | K |
| M&I Bank (f/k/a US Bank) | A | J |

Common Stock as follows:

| | | |
|---|---|---|
| General Electric Co. | A | K |
| Johnson & Johnson | A | K |
| Kohl's Corp. | A | K |
| Oracle Corp. | A | J |
| Amgen | A | K |
| Citigroup Preferred | B | K |
| Bell South Cap. | B | K |
| Merrill Lynch PFD CAP TR | C | K |

ATTACHMENT 2 (PART VII, ITEM 8)
Page 2


Common Stock continued:

| SECURITY | INCOME | MARKET VALUE |
|---|---|---|
| Abbey National PLC 7.25% | D | M |
| Saturns Goldman Sachs | B | K |
| Cash | A | K |


The following transactions took place during the year 2005:

| | DATE | SECURITY | AMOUNT |
|---|---|---|---|
| **Bought:** | | | |
| | 07/01/05 | Bank of America Corp | K |
| | 09/19/05 | Morgan Stanley Capital | K |
| | 09/26/05 | Corp Backed Trust CTS Goldman Sachs | K |
| **Sold:** | | | |
| | 07/01/05 | Pfizer Incorporated | J |
| | 09/15/05 | Cisco Systems Inc. | K |
| **Transferred out:** | | | |
| | 12/06/05 | Exchange Natl Bk CD 0.000 01/06/06 Chicago IL | K |

ATTACHMENT 3 (PART VII, ITEM 10)
Irrevocable Trust

|  | INCOME | VALUE |
|---|---|---|
| Money Mkt & Cash Account,<br>M&I Bank (f/n/a US Bank) | A | J |
| GNMA Pool #305552 8.75% 5/15/11 | A | J |
| GNMA Pool #316399 9.25% 8/15/02 | A | J |
| Maricopa County AZ Revenue Bond | B | K |
| Prairie du Chien Wis<br>Redev Auth Redev Lease | B | K |
| IL DEV FIN ATH RV PRVENA<br>HLTH SR A RFDG MBIA B/E<br>due 05/15/23 | B | K |
| WISCONSIN ST HLTH & EDL<br>FACS AUTH RV AMBAC UTD<br>due 12/15/27 | C | L |
| Federal Nat'l Mortgage Assoc. - delete, entered in error<br>previously | | |
| Merrill Lynch PFD CAP 7.28% | B | K |
| Saturns Goldman Sachs | A | K |

Common Stock as follows:

| | | |
|---|---|---|
| Harley Davidson, Inc. | B | L |
| Midwest Express Holdings | A | J |
| Agilent | A | J |

The following transactions took place during the year 2005:

| | DATE | SECURITY | AMOUNT |
|---|---|---|---|
| Bought: | | | |
| | 09/19/05 | Corp Backed Trust CTS<br>Goldman Sachs | K |
| | 09/19/05 | Morgan Stanley Capital | K |

|  | DATE | SECURITY | AMOUNT |
|---|---|---|---|
| Sold: |  |  |  |
|  | 09/20/05 | Hewlett-Packard | J |
|  | 09/20/05 | Intel Corp. | K |
|  | 09/20/05 | Microsoft | K |
|  | 09/20/05 | Time Warner Inc. | J |
|  | 09/20/05 | Tyco | J |